Irme Konczol, sometimes called Emrick Kenzal, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 25,983.

Action for personal injuries from collision with one of defendants' street cars. Judgment on verdict for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed June 3, 1921.

John E. Kehoe and Watson J. Ferry, for appellants; W. W. Gurley and J. R. Guilliams, of counsel. Scott Osten Cavette, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Chicago Bargain House, appellee, v. Max Rudnick, appellant. Gen. No. 25,986.

Action predicated on an alleged contract by defendant to purchase for plaintiff certain articles at an auction sale. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed. Opinion filed June 3, 1921.

Jaffie & Kaplan, for appellant; Stephen F. Riordan, of counsel. Sylvanus George Levy, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Jennie Marmer, appellee, v. Metropolitan West Side Elevated Railway Company, appellant. Gen. No. 25,998.

Action for injury to a passenger from a fall in defendant's elevated railway car, due to a jerk of the car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed with finding of fact. Opinion filed June 3, 1921.

Addison L. Gardner and Carroll H. Jones, for appellant. Everett Jennings and Albert Schaffner, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Ambrose F. Hede, appellee, v. Town of Cicero, appellant. Gen. No. 25,964.

Assumpsit for salary due as a public officer. Trial without a jury and judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 3, 1921.

Edward J. Carmody and Sabath, Stafford & Sabath, for appellant; Edward J. Carmody and Thomas M. Zasadil, Jr., of counsel. John J. Sherlock, for appellee; Frank T. Huening, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Simon Horvitz and Albert Horvitz, trading as Horvitz Brothers, appellants, v. S. Segari & Company, appellee. Gen. No. 25,977.

Suit in contract for damages for refusal to accept a car of onions. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 3, 1921.

Charles A. Butler, for appellants. Butler, Lamb, Foster & Pope,

for appellee; George A. Paddock and Ralph C. Blaha, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

---

John Evans Cornell, appellee, v. Carl G. Bingham, appellant. Gen. No. 25,980.

Two actions of the fourth class for instalments of rent. Actions consolidated and tried without a jury. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 3, 1921.

Bertram H. Montgomery, for appellant. John Thornton Gilbert, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

S. S. Berry, appellant, v. Alma Schultz, appellee. Gen. No. 26,022.

Action by a real estate broker for failure to exchange properties in accordance with an option contract signed by defendant. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 3, 1921.

Charles M. Haft, for appellant. Theodore Johnson, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Herbert Washington and William Chilton, plaintiffs in error. Gen. No. 26,265.

Indictment for burglary. Felony charge waived and pleas of guilty by defendants to the charge of petit larceny. Jury waived and judgment of guilty. Error to the Superior Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed June 3, 1921. Rehearing denied June 24, 1921.

F. L. Barnett and S. T. Clanton, for plaintiffs in error. Robert E. Crowe and Edward E. Wilson, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

City of Chicago, appellee, v. Thomas Plonzek, appellant. Gen. No. 26,993.

Conviction of violation of section 2012 of the Municipal Code. Commitment for nonpayment of fine and costs. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the October term, 1920. Motion allowed and judgment affirmed. Opinion filed June 3, 1921.

No appearance for appellant. Louis P. Piquett and Daniel Webster, for appellee.

Per Curiam.

---

City of Chicago, appellee, v. Morris Steuben, appellant. Gen. No. 26,994.

Conviction of violation of section 2012 of the Municipal Code. Commitment for nonpayment of fine and costs. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, pre-